# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMANDA BUMBALA,

    Plaintiff,

v.                                                                      Case No: 8:14-cv-1668-T-30TBM

NATIONWIDE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Order of Dismissal (Dkt. #16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All liens and subrogated interests shall be paid by the Plaintiff out of the proceeds of the settlement.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of July, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record